IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SIMPSON BANKS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:17-CV-117-WKW |
| DOTHAN CITY POLICE | ) [WO] |
| DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On April 24, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to prosecute and failure to comply with the orders of the court.

A separate final judgment will be entered.

DONE this 17th day of May, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE